UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| ANTOINE VICTOR | : |
| VERSUS | : CIVIL ACTION NO.: 6:24-CV-00560 |
| LAFAYETTE CONSOLIDATED GOVERNMENT, ET AL | : JUDGE SUMMERHAYS, MAG. JUDGE WHITEHURST |

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

**CONSENT JUDGMENT**

By agreement of counsel and considering the **Motion to Strike Penalty, Punitive, or Exemplary Damages** previously filed on behalf of LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT **[Court Doc. #4]**;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the **Motion to Strike Penalty, Punitive, or Exemplary Damages** filed on behalf of LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT be and same is hereby **GRANTED**, and plaintiff's claims for Penalty, Punitive, and Exemplary Damages against LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT be and they are hereby **DISMISSED**, as there is no Louisiana state statute that allows for the recovery of punitive or exemplary damages in this matter, and that pursuant to *City of Newport v. Fact Concerts, Inc.*, 101 S.Ct. 2748 (1981), punitive damages cannot be recovered from LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT, and that plaintiff's claims for such damages against LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT for punitive damages are dismissed as a matter of law.

Plaintiff reserves his right to seek punitive damages against Officer John Doe 1 and Officer John Doe 2 in their individual capacities should plaintiff ultimately prevail on his federal law claims under 42 U.S.C.A. §1983.

Otherwise, plaintiff is allowed to proceed, as prayed for in his original Complaint, against any and all other parties in their individual capacity, as plaintiff may be able to recover penalty, punitive or exemplary damages, should plaintiff ultimately prevail on his federal law claims under 42 U.S.C.A. §1983, or other federal law claims allowing such damages.

Counsel for plaintiff, Patrick J. Eskew, has given Joy C. Rabalais the authority to submit this proposed Consent Judgment with his electronic signature.

THUS DONE AND SIGNED this 5th day of August, 2024, at Lafayette, Louisiana.

_____
JUDGE

**APPROVED AS TO FORM:**　　　**SUBMITTED BY:**

　　　　　　　　　　　　　　　BORNE, WILKES & RABALAIS, L.L.C.

BY:  s/Patrick J. Eskew　　　　　BY:  　　s/Joy C. Rabalais　　
　　LAWRENCE BLAKE JONES (7495)　　　JOY C. RABALAIS (26476), T.A.
　　PATRICK J. ESKEW (33815)　　　　　JORDAN JOHN HENAGAN (36206)
　　DAVID C. WHITMORE (17864)　　　　 GRANT R. SCHEXNAILDER (40040)
　　SCHEUERMANN & JONES, LLC　　　　  K. ELIZABETH HEINEN (24452)
　　701 Poydras Street, Suite 4100　　HUNTER B. AHIA (40251)
　　New Orleans, LA  70139　　　　　  200 West Congress Street, Suite 1000
　　Telephone:  (504) 525-4361　　　　Post Office Box 4305
　　Facsimile:  (504) 525-4380　　　　Lafayette, Louisiana  70502-4305
**ATTORNEYS FOR ANTOINE VICTOR**　　Telephone:  (337) 232-1604 Ext. 232
　　　　　　　　　　　　　　　　　　Facsimile:  (337) 232-1837
　　　　　　　　　　　　　　　　　　E-mail:  rabalais@bornewilkes.com
　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT**